NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ZACHARY T. HAMILTON,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-4886
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Howard L. Dimmig, II, Public Defender,
and Carly J. Robbins-Gilbert, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee.


PER CURIAM.


        Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.